# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS.                              NO. 4:08CR00218-1 SWW

BRUCE EASLEY

## ORDER

On May 13, 2008, the Court granted the Government's Motion for Defendant to undergo a psychiatric evaluation pursuant to 18 U.S.C. §§ 4241 and 4242. (Docket entry #12.) The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to the FCI Fort Worth Detention Center for the examination. Accordingly, the United States Marshal is directed to transport Defendant to FCI Fort Worth Detention Center forthwith.[1]

IT IS THEREFORE ORDERED THAT:

(1)     Pursuant to 18 U.S.C. § 4247(b) and (c), the Defendant, Bruce Easley, is hereby committed to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychiatric examination pursuant to 18 U.S.C. § 4241 and for a period not to exceed forty-five (45) days for a psychiatric examination pursuant to 18 U.S.C. § 4242. Both time periods exclude any time consumed by transportation.

(2)     Pursuant to 18 U.S.C. § 4247(c), the facility conducting such examinations shall file a report with this Court, with copies to counsel for the Defendant and the attorney for the

---

[1] Based on 18 U.S.C. § 3161(h)(1)(H), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.

Government. The United States is represented by Assistant United States Attorney Joe Volpe, U.S. Attorney's Office - Little Rock, Post Office Box 1229, Little Rock, AR, 72203-1229, and Defendant is represented by Hubert W. Alexander, Alexander Law Firm, Post Office Box 5239, Jacksonville, AR 72078-5239.

(3)     Eleven (11) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a Motion for hearing or a Motion in opposition, including a concise statement of opposition to the report and supporting authorities.

(4)     If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end. *See* 18 U.S.C. § 3161(h)(1)(A).

Dated this 29th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE