IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISON



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 5 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

vs.                     NO: 4:08CR00218-001 SWW

BRUCE EASLEY

## JUDGMENT

This action came on for trial on September 11, 2008, before the Court, the Honorable Susan Webber Wright, United States District Judge, presiding. At the conclusion of the evidence, the Court found defendant Not Guilty only by reason of insanity.

IT IS THEREFORE ORDERED AND ADJUDGED that defendant is found Not Guilty only by reason of insanity of the charges set forth in Count 1 of the indictment in this matter.

DATED this 15th day of September, 2008.

_____
SUSAN WEBBER WRIGHT
United States District Judge